PROTECTIVE FINANCE CORPORATION, RESPONDENT, v. SAMUEL GLASS, APPELLANT.

Argued November 23, 1923—Decided January 25, 1924.

On appeal from the Supreme Court, whose opinion is reported in 98 *N. J. L.* 347.

For the appellant, *Weinberger & Weinberger.*

For the respondent, *William R. Verreck.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, KALISCH, BLACK, KATZENBACH, CAMPBELL, HEPPENHEIMER, ACKERSON, VAN BUSKIRK, CLARK, JJ.    11.

*For reversal*—None.